Court of Appeals
Fourth Court of Appeals
Cadeena-Reeves-Justice Cntr
300 Dolorosa Suite 3200
San Antonio, Texas 78205

RE: Trial Case No: 2014CR2945
RE: Court of APPEALS: 04-15-00349-CV
Trial Court Case No: 2015-CI-01986

MR. Keith Hottle:

Can you please file this motion for me
and also can you please send me the status
of the above Reference Court of APPEALS NO.
I Thank-You IN advance.

Respectfully Submitted

STEVEN M. GARY.


FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO. TEXAS
2015 JUL 17 AM 11: 23
KEITH E. HOTTLE, CLERK

2015 JUL 13 AM 11:53